LMH

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Donald Cabello, | ) | No. CV 05-2289-PHX-DGC (DKD) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

In this *pro se* civil rights action, the Court required Plaintiff to either pay the filing fee or to properly apply to proceed *in forma pauperis*. See Dkt. #4. Plaintiff's application lacked a completed Certificate of Correctional Official and a certified copy of Plaintiff's trust account statement. See Dkt. #1. Plaintiff was warned that if he failed to cure these deficiencies within thirty days, his action would be dismissed. Plaintiff responded by submitting another application containing the same deficiencies. See Dkt. #5. In light of Plaintiff's disregard of the Court's Order, his action will be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to enter a judgment of dismissal Plaintiff's action without prejudice.

Dated this 13th day of October, 2005.

*David G. Campbell*
David G. Campbell
United States District Judge